Francis **AKINRO**, Plaintiff–Appellant,

v.

Patricia **MAHER**, Deputy Assistant Attorney General; George W. Bush, President of United States of America, Defendants–Appellees.

No. 08–6749.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 11, 2008.

Francis Akinro, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order denying his motion to reopen his case based on newly discovered evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akinro v. Maher,* No. 1:02–cv–00555–CCB (D.Md. Apr. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*